

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00603-CV

Andrew **LOPEZ**,
Appellant

v.

Christopher G. **LOREDO**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2025-CV-06980
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                H. Todd McCray, Justice
                Velia J. Meza, Justice

Delivered and Filed: January 28, 2026

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due by October 24, 2025. On November 21, 2025 we ordered appellant to file, by December 1, 2025:

(1) the brief; and

(2) a written response reasonably explaining: (a) the failure to timely file a brief; and (b) why appellee is not significantly injured by appellant's failure to timely file a brief.

We cautioned that if appellant failed to timely file a brief and the written response, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

To date, appellant has not filed a brief or the requested explanation for failing to timely file his brief. Accordingly, we DISMISS this matter for want of prosecution.

PER CURIAM